IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN DUNAGAN, Individually, and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § | CIVIL ACTION NO. 4:13-CV-3496 |
| RYDER INTEGRATED LOGISTICS, INC. | § § § | |
| Defendants. | § § | |

## MEDIATOR'S LOCAL RULE 16.4K(2) REPORT

A full-day mediation occurred in the above-captioned case on Thursday, September 11, 2014. The plaintiff, Brian Dunagan, attended the mediation and was represented by Jason T. Brown, JTB Law Group, 155 2nd Street, Suite 4, Jersey City, New Jersey 07302 (877-561-0000). Johane Domersant attended the mediation on behalf of Ryder Integrated Logistics, and Ryder was represented by Steven J. Roppolo, Fisher & Phillips LLP, 333 Clay Street, Suite 4000, Houston, Texas 77002 (713-292-5601).

This is a Fair Labor Standard Act collective action for alleged unpaid overtime. The ADR provider is Richard R. Brann. The ADR method was mediation.

The case settled at the mediation. Counsel for the parties will be filing a joint motion for approval of the settlement.

The fees paid to the mediator for the September 11 mediation total $2,600.00, with $1,300.00 paid by the plaintiff and $1,300.00 paid by the defendant.

Respectfully submitted,

By: /s/Richard, R Brann
    Richard R. Brann
    Mediator
    Federal Bar No. 00833
    State Bar No. 02888000
    Houston, Texas 77002-4995
    Telephone: (713) 229-1234
    Facsimile: (713) 229-1522